[No. 24225-7-II.    Division Two.    April 14, 2000.]

JACQUELINE R. GORDON, *Appellant*, v. EARL H. GORDON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-12360-4, John Arthur McCarthy, J., entered December 15, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24271-1-II.    Division Two.    April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL D. RECK, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00271-7, Joel M. Penoyar, J., entered January 15, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24322-9-II.    Division Two.    April 14, 2000.]

CHARBONEAU EXCAVATING, INC., *Appellant*, v. ROBERT CLEVELAND, ET AL., *Respondents*.

ROBERT CLEVELAND, ET AL., *Respondents*, v. CONTRACTORS BONDING AND INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-02955-6, Karen B. Conoley, J., entered January 15, 1999. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 44766-1-I.    Division One.    April 17, 2000.]

MARGARET I. GAY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-01002-7, George N. Bowden, J., entered May 18, 1999. *Affirmed* by unpublished per curiam opinion.